**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ARTHUR RUTENBERG HOMES, INC. and
SANDSTAR HOMES, LLC,

    Plaintiffs,

v.        Case No: 2:11-cv-651-Ftm-99SPC

BRUNDERMAN BUILDING COMPANY,
INC., BRIAN BRUNDERMAN, JAMES
MALANSON and LYNN MALANSON,

    Defendants.
_____

## ORDER

The Court has been advised via a Mediation Report (Dkt. #24) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of July, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-651 Ft Myers dismiss 24.docx