UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**ARTHUR RUTENBERG HOMES, INC.**,
a Florida Corporation and
**SANDSTAR HOMES, LLC,**
a Florida limited liability company,

      Plaintiffs,

v.

CASE NO.: 2:11-CV-651-FTM-36SPC

**BRUNDERMAN BUILDING
COMPANY, INC.**, a Florida Corporation,
**BRIAN BRUNDERMAN**, individually,
**JAMES MALANSON**, individually, and
**LYNN MALANSON**, individually,

      Defendants.
_____/

### ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the Stipulated Voluntary Dismissal with Prejudice ("Stipulation"), and the Court having considered the Stipulation and being otherwise fully advised in the premises, it is therefore

ORDERED and ADJUDGED that the Stipulation is approved and this cause is hereby dismissed with prejudice as to the Plaintiffs, ARTHUR RUTENBERG, INC. and SANDSTAR HOMES, LLC, and as to the Defendants BRUNDERMAN BUILDING COMPANY, INC., BRIAN BRUNDERMAN, Individually; JAMES MALANSON, Individually and LYNN MALANSON, Individually. Each party shall bear its own costs and attorney fees.

DONE and ORDERED in Chambers at Tampa, Hillsborough County, Florida, this 7 day of Aug., 2012.

_____
DISTRICT COURT JUDGE

**Copies furnished to:**
Zachary D. Messa, Esq.
Frank R. Jakes, Esq.
James H. Burgess, Jr., Esq.
David K. Oaks, Esq.